1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7359
7      Facsimile: (415) 436-7234
       denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | CR No. 03-07-70345 |
|                                  ) | |
|     Plaintiff,                   ) | STIPULATION AND [PROPOSED] ORDER |
|                                  ) | EXCLUDING TIME |
|     v.                           ) | |
|                                  ) | |
| GLENIO JESUA FERREIRA SILVA,     ) | |
|                                  ) | |
|     Defendant.                   ) | |
|  _____   ) | |

    On June 18, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from June 18, 2007 through July 11, 2007. The parties represented that granting the continuance was necessary for continuity of counsel, taking into account the exercise of due diligence, insofar as counsel for the defendant and counsel for the Government are each unavailable for certain dates within this period. Counsel for the defendant also agreed to waive the defendant's right to a preliminary hearing within 20 days, pursuant to Fed. R. Crim. P. 5.1(c), in light of these scheduling conflicts. The parties also represented that the continuance was also necessary for effective preparation of counsel to permit defense counsel to review discovery. See 18 U.S.C. § 3161(h)(8)(B)(iv).

Stipulation and [Proposed] Order Excluding Time - CR 03-07-70345 BZ

1  IT IS SO STIPULATED.

2                                              SCOTT N. SCHOOLS
                                               United States Attorney
3

4
DATED: June 22, 2007                           _____
5                                              DENISE MARIE BARTON
                                               Assistant United States Attorney
6

7
DATED: June 22, 2007                           _____
8                                              STEVEN GRUEL
                                               Attorney for GLENIO JESUA FERREIRA
9                                              SILVA

10

11

12
**IT IS SO ORDERED.**
13
   As the Court found on June 18, 2007, and for the reasons stated above, the Court finds that
14
the ends of justice served by the continuance outweigh the best interests of the public and the
15
defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
16
calculations from June 18, 2007 through July 11, 2007 for continuity of counsel and effective
17
preparation of counsel.  See 18 U.S.C. §3161(h)(8)(A).  The failure to grant the requested
18
continuance would deny the defendant continuity of counsel and effective preparation of counsel,
19
taking into account the exercise of due diligence, and would result in a miscarriage of justice.
20
See 18 U.S.C. §3161(h)(8)(B)(iv).
21

22

23
DATED:_____           _____
24
                                               Honorable Bernard Zimmerman
25                                             United States Magistrate Judge

26

27

28

Stipulation and [Proposed] Order Excluding Time - CR 03-07-70345 BZ
                                               2