SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 03-07-70345 |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
|     v. ) | |
| GLENIO JESUA FERREIRA SILVA, ) | |
|     Defendant. ) | |

    On June 18, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from June 18, 2007 through July 11, 2007. The parties represented that granting the continuance was necessary for continuity of counsel, taking into account the exercise of due diligence, insofar as counsel for the defendant and counsel for the Government are each unavailable for certain dates within this period. Counsel for the defendant also agreed to waive the defendant's right to a preliminary hearing within 20 days, pursuant to Fed. R. Crim. P. 5.1(c), in light of these scheduling conflicts. The parties also represented that the continuance was also necessary for effective preparation of counsel to permit defense counsel to review discovery. See 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO STIPULATED.

                                                  SCOTT N. SCHOOLS
                                                  United States Attorney

DATED: June 22, 2007

                                                  DENISE MARIE BARTON
                                                  Assistant United States Attorney

DATED: June 22, 2007

                                                  STEVEN GRUEL
                                                  Attorney for GLENIO JESUA FERREIRA SILVA

**IT IS SO ORDERED.**

    As the Court found on June 18, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from June 18, 2007 through July 11, 2007 for continuity of counsel and effective preparation of counsel.  See 18 U.S.C. §3161(h)(8)(A).  The failure to grant the requested continuance would deny the defendant continuity of counsel and effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

DATED: June 27, 2007                                                  /s/ Bernard Zimmerman

                                                  Honorable Bernard Zimmerman
                                                  United States Magistrate Judge



Stipulation and [Proposed] Order Excluding Time - CR 03-07-70345 BZ