SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

DOUGLAS SPRAGUE (CSBN 202121 )
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 03-07-70345 |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY HEARING AND EXCLUDING TIME |
| v. | ) | |
| GLENIO JESUA FERREIRA SILVA, | ) | |
| Defendant. | ) | |

   On June 18, 2007, at the Initial Appearance for the defendant, the parties appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from June 18, 2007 through July 11, 2007.  Further, counsel for the defendant waived the defendant's right to a preliminary hearing within 20 days, pursuant to Fed. R. Crim. P. 5.1(c), (d).  On June 27, 2007, the Honorable Bernard Zimmerman issued an Order excluding time as requested by the parties.

   The parties now stipulate and request that the Court enter an Order that the Preliminary Hearing be removed from the July 11, 2007 calendar and be continued until July 18, 2007 and

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY HEARING AND EXCLUDING TIME- CR 03-07-70345 BZ
1

1  that time should be excluded from the Speedy Trial Act calculations from July 11, 2007 through
2  July 18, 2007 for effective preparation of counsel.
3       The Government is in the process of preparing and providing discovery to the defendant.
4  Further, counsel for the Government and defense counsel are currently discussing pre-indictment
5  resolution of this matter.  Finally, counsel for the defendant does not believe it is within his
6  client's best interest to hold a preliminary hearing within 20 days, pursuant to Fed. R. Crim. P.
7  5.1(c),(d).  The parties represent that granting this continuance is necessary for effective
8  preparation of counsel to permit defense counsel to review discovery and to afford counsel time
9  to discuss pre-indictment resolution, taking into account the exercise of due diligence.  See 18
10 U.S.C. § 3161(h)(8)(B)(iv).
11  IT IS SO STIPULATED.

12                                              SCOTT N. SCHOOLS
                                                United States Attorney
13

14
   DATED: July 3, 2007                          _____/s/_____
15                                              DENISE MARIE BARTON
                                                Assistant United States Attorney
16

17
   DATED: July 3, 2007                          _____/s/_____
18                                              STEVEN GRUEL
                                                Attorney for GLENIO JESUA FERREIRA
19                                              SILVA

20

21     **IT IS SO ORDERED.**
22       The Preliminary Hearing shall be removed from the July 11, 2007 calendar and be
23 continued until July 18, 2007.  For the reasons stated above, the Court finds that the ends of
24 justice served by the continuance outweigh the best interests of the public and the defendant in a
25 speedy trial and that time should be excluded from the Speedy Trial Act calculations from July
26 11, 2007 through July 18, 2007 for effective preparation of counsel.  See 18 U.S.C.
27 §3161(h)(8)(A).  The failure to grant the requested continuance would deny the defendant
28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME- CR 03-07-70345 BZ

1  effective preparation of counsel, taking into account the exercise of due diligence, and would
2  result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

5  DATED: 7-9-07



IT IS SO ORDERED

Honorable Judge James Larson
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY HEARING AND EXCLUDING TIME- CR 03-07-70345 BZ

3