SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

DOUGLAS SPRAGUE (CSBN 202121 )
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 03-07-70345 |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY HEARING AND EXCLUDING TIME |
| v. ) | |
| GLENIO JESUA FERREIRA SILVA, ) | |
|     Defendant. ) | |

   On June 18, 2007, at the Initial Appearance for the defendant, the parties appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from June 18, 2007 through July 11, 2007.  Further, counsel for the defendant waived the defendant's right to a preliminary hearing within 20 days, pursuant to Fed. R. Crim. P. 5.1(c), (d). On June 27, 2007, the Honorable Bernard Zimmerman issued an Order excluding time as requested by the parties.  On July 9, 2007, the Honorable James Larson issued an order that the Preliminary Hearing be removed from the July 11, 2007 calendar and be continued until July 18, 2007 and that time should be excluded from the Speedy Trial Act calculations from July 11, 2007

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME- CR 03-07-70345 BZ

1

1  through July 18, 2007 for effective preparation of counsel.

2      The parties now stipulate and request that the Court enter an Order that the Preliminary
3  Hearing be removed from the July 18, 2007 calendar and be continued until August 29, 2007 and
4  that time should be excluded from the Speedy Trial Act calculations from July 18, 2007 through
5  August 29, 2007 for effective preparation of counsel.

6      The Government is preparing and providing discovery to the defendant. Further, counsel
7  for the Government and defense counsel are currently discussing pre-indictment resolution of this
8  matter. Finally, counsel for the defendant does not believe it is within his client's best interest to
9  hold a preliminary hearing within 20 days, pursuant to Fed. R. Crim. P. 5.1(c),(d). The parties
10 represent that granting this continuance is necessary for effective preparation of counsel to permit
11 defense counsel to review discovery and to afford counsel time to discuss pre-indictment
12 resolution, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).
13 IT IS SO STIPULATED.

14                                                       SCOTT N. SCHOOLS
                                                      United States Attorney
15

16
    DATED: July 18, 2007                              _____/s/_____
17                                                         DENISE MARIE BARTON
                                                        Assistant United States Attorney
18

19
    DATED: July 18, 2007                              _____/s/_____
20                                                          STEVEN GRUEL
                                                        Attorney for GLENIO JESUA FERREIRA
21                                                        SILVA

22

23    **IT IS SO ORDERED.**

24     For the reasons stated above, the Court finds that the ends of justice served by the
25 continuance outweigh the best interests of the public and the defendant in a speedy trial and that
26 time should be excluded from the Speedy Trial Act calculations from July 18, 2007 through
27 August 29, 2007 for effective preparation of counsel. See 18 U.S.C. §3161(h)(8)(A). The failure
28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME- CR 03-07-70345 BZ

1  to grant the requested continuance would deny the defendant effective preparation of counsel,
2  taking into account the exercise of due diligence, and would result in a miscarriage of justice.
3  See 18 U.S.C. §3161(h)(8)(B)(iv).
4
5
6  DATED:_____                    _____
7                                           Honorable Nandor J. Vadas
                                            United States Magistrate Judge
8

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME- CR 03-07-70345 BZ

3