1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  DOUGLAS SPRAGUE (CSBN 202121 )
   Chief, Criminal Division
4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7359
7     Facsimile: (415) 436-7234
      denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

10
                     UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,         )  CR No. 03-07-70345
                                     )
15         Plaintiff,                )  STIPULATION AND [PROPOSED] ORDER
                                     )  EXTENDING THE TIME LIMIT FOR THE
16     v.                            )  PRELIMINARY HEARING AND
                                     )  EXCLUDING TIME
17 GLENIO JESUA FERREIRA SILVA,      )
                                     )
18         Defendant.                )
                                     )
19

20     ___On June 18, 2007, at the Initial Appearance for the defendant, the parties appeared before

21 the Court and stipulated that time should be excluded from the Speedy Trial Act calculations

22 from June 18, 2007 through July 11, 2007.  Further, counsel for the defendant waived the

23 defendant's right to a preliminary hearing within 20 days, pursuant to Fed. R. Crim. P. 5.1(c), (d).

24 On June 27, 2007, the Honorable Bernard Zimmerman issued an Order excluding time as

25 requested by the parties.  On July 9, 2007, the Honorable James Larson issued an order that the

26 Preliminary Hearing be removed from the July 11, 2007 calendar and be continued until July 18,

27 2007 and that time should be excluded from the Speedy Trial Act calculations from July 11, 2007

28

1  through July 18, 2007 for effective preparation of counsel.

2      The parties now stipulate and request that the Court enter an Order that the Preliminary
3  Hearing be removed from the July 18, 2007 calendar and be continued until August 29, 2007 and
4  that time should be excluded from the Speedy Trial Act calculations from July 18, 2007 through
5  August 29, 2007 for effective preparation of counsel.

6      The Government is preparing and providing discovery to the defendant.  Further, counsel
7  for the Government and defense counsel are currently discussing pre-indictment resolution of this
8  matter.  Finally, counsel for the defendant does not believe it is within his client's best interest to
9  hold a preliminary hearing within 20 days, pursuant to Fed. R. Crim. P. 5.1(c),(d).   The parties
10 represent that granting this continuance is necessary for effective preparation of counsel to permit
11 defense counsel to review discovery and to afford counsel time to discuss pre-indictment
12 resolution, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).
13  IT IS SO STIPULATED.

                                                    SCOTT N. SCHOOLS
                                                    United States Attorney

DATED: July 18, 2007                            /s/_____
                                                    DENISE MARIE BARTON
                                                    Assistant United States Attorney

DATED: July 18, 2007                            /s/_____
                                                    STEVEN GRUEL
                                                    Attorney for GLENIO JESUA FERREIRA
                                                    SILVA

23     **IT IS SO ORDERED.**

24     For the reasons stated above, the Court finds that the ends of justice served by the
25 continuance outweigh the best interests of the public and the defendant in a speedy trial and that
26 time should be excluded from the Speedy Trial Act calculations from July 18, 2007 through
27 August 29, 2007 for effective preparation of counsel.  See 18 U.S.C. §3161(h)(8)(A).  The failure
28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME- CR 03-07-70345 BZ

1 | to grant the requested continuance would deny the defendant effective preparation of counsel,
2 | taking into account the exercise of due diligence, and would result in a miscarriage of justice.
3 | See 18 U.S.C. §3161(h)(8)(B)(iv).

DATED: July 19, 2007

_____
Honorable Nandor J. Vadas
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY HEARING AND EXCLUDING TIME- CR 03-07-70345 BZ