SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7359
Facsimile: (415) 436-7234
denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No. 03-07-70345 |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) EXTENDING THE TIME LIMIT FOR THE |
| | ) PRELIMINARY HEARING AND |
| GLENIO JESUA FERREIRA SILVA, | ) EXCLUDING TIME |
| Defendant. | ) |
| | ) |

____ The parties now stipulate and request that the Court enter an Order that the Preliminary

Hearing be removed from the August 29, 2007 calendar and be continued until September 14,

2007 and that time should be excluded from the Speedy Trial Act calculations from August 29,

2007 through September 14, 2007 for effective preparation of counsel.  The Government has

provided voluminous discovery to the defendant and defense counsel requires time to review it.

Further, counsel for the Government and defense counsel are currently discussing pre-indictment

resolution of this matter.  Finally, counsel for the defendant does not believe it is within his

client's best interest to hold a preliminary hearing within 20 days, pursuant to Fed. R. Crim. P.

5.1(c),(d).   The parties represent that granting this continuance is necessary for effective

preparation of counsel to permit defense counsel to review discovery and to afford counsel time

to discuss pre-indictment resolution, taking into account the exercise of due diligence.   See 18

U.S.C. § 3161(h)(8)(B)(iv).

 IT IS SO STIPULATED.

SCOTT N. SCHOOLS
United States Attorney

DATED: August 28, 2007                    _____/s/_____
                                          DENISE MARIE BARTON
                                          Assistant United States Attorney

DATED: August 28, 2007                    _____/s/_____
                                          STEVEN GRUEL
                                          Attorney for GLENIO JESUA FERREIRA
                                          SILVA

**IT IS SO ORDERED.**

        For the reasons stated above, the Court finds that the ends of justice served by the

continuance outweigh the best interests of the public and the defendant in a speedy trial and that

time should be excluded from the Speedy Trial Act calculations from August 29, 2007 through

September 14, 2007 for effective preparation of counsel. See 18 U.S.C. §3161(h)(8)(A).  The

failure to grant the requested continuance would deny the defendant effective preparation of

counsel, taking into account the exercise of due diligence, and would result in a miscarriage of

justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

DATED:___8/28/07_____                    _____
                                           Judge Joseph C. Spero
                                           United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME- CR 03-07-70345 BZ
2