1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN STRETCH (CABN 163973)
   Chief, Criminal Division
4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7359
7      Facsimile: (415) 436-7234
       denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA, | ) | CR No. 03-07-70345 |
|---|---|---|
15 | Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE |
16 | v. | ) ) | PRELIMINARY HEARING AND EXCLUDING TIME |
17 | GLENIO JESUA FERREIRA SILVA, | ) ) | |
18 | Defendant. | ) ) | |
19 | | ) | |

20      The parties now stipulate and request that the Court enter an Order that the Preliminary

21 Hearing be removed from the September 14, 2007 calendar and be continued until September 28,

22 2007 and that time should be excluded from the Speedy Trial Act calculations from September

23 14, 2007 through September 28, 2007 for effective preparation of counsel.  The Government has

24 provided voluminous discovery to the defendant and defense counsel requires time to review it.

25 Further, counsel for the Government and defense counsel are currently discussing pre-indictment

26 resolution of this matter.  Finally, counsel for the defendant does not believe it is within his

27 client's best interest to hold a preliminary hearing within 20 days, pursuant to Fed. R. Crim. P.

28

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME- CR 03-07-70345 BZ

1

5.1(c),(d). The parties represent that granting this continuance is necessary for effective preparation of counsel to permit defense counsel to review discovery and to afford counsel time to discuss pre-indictment resolution, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO STIPULATED.

```
                                          SCOTT N. SCHOOLS
                                          United States Attorney


DATED: September 12, 2007                 _____/s/_____
                                          DENISE MARIE BARTON
                                          Assistant United States Attorney


DATED: September 12, 2007                 _____/s/_____
                                          STEVEN GRUEL
                                          Attorney for GLENIO JESUA FERREIRA
                                          SILVA
```

**IT IS SO ORDERED.**

For the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from September 14, 2007 through September 28, 2007 for effective preparation of counsel. See 18 U.S.C. §3161(h)(8)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

DATED: September 13, 2007         _____
                                  Honorable
                                  United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*IT IS SO ORDERED — /s/ Elizabeth D. Laporte — Judge Elizabeth D. Laporte*

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY HEARING AND EXCLUDING TIME- CR 03-07-70345 BZ

2